**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6596**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

YOSEF AMIEL HANDY, a/k/a Yo-Yo,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:21-cr-00415-LCB-1)

_____

Submitted:  November 19, 2024                          Decided:  November 22, 2024

_____

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Yosef Amiel Handy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yosef Amiel Handy appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have the reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's order. *United States v. Handy*, No. 1:21-cr-00415-LCB-1 (M.D.N.C. filed June 4, 2024 & entered June 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Handy's challenge to the validity of his conviction may be pursued only in a 28 U.S.C. § 2255 motion, which is "the exclusive method of collaterally attacking a federal conviction or sentence." *United States v. Ferguson*, 55 F.4th 262, 270 (4th Cir. 2022), *cert. denied*, 144 S. Ct. 1007 (2024).